No. 83–1321.   CALIFORNIA ET AL. v. TENNECO OIL CO. ET AL.;
No. 83–1432.   PUBLIC UTILITY COMMISSIONER OF OREGON
ET AL. v. PHILLIPS PETROLEUM CO. ET AL.;
No. 83–1433.   NORTHWEST PIPELINE CORP. ET AL. v. PHIL-
LIPS PETROLEUM CO. ET AL.;
No. 83–1442.   EL PASO NATURAL GAS CO. v. TENNECO OIL
CO. ET AL.;
No. 83–1443.   PACIFIC GAS & ELECTRIC CO. ET AL. v. TEN-
NECO OIL CO. ET AL.; and
No. 83–1618.   FEDERAL ENERGY REGULATORY COMMISSION v.
TENNECO OIL CO. ET AL., *ante*, p. 1219.   Petition for rehearing

denied. JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.